■ In the Matter of the Estate of ARNOLD BAYLEY, Deceased. E. F. W. WILDERMUTH, Appellant; ANTHONY MASTROIANNI, as Temporary Administrator, Respondent; and DOREEN B. BOOTH et al., Respondents.— Order of the Surrogate's Court, Suffolk County, entered July 9, 1973, affirmed, with one bill of $20 costs and disbursements payable personally by appellant to respondents filing briefs, jointly. There should be no further delay in the proceedings looking towards the probate of the will. Latham, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.